NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARIA HERTA,**

*Plaintiff-Appellant*

**v.**

**CRAIG WIBLEMO, CHRISSY HUNSAKER, SHARNITA MOORE,**

*Defendants-Appellees*

---

2023-1448

---

Appeal from the United States District Court for the Southern District of California in No. 3:22-cv-01679-BAS-BGS, Judge Cynthia Bashant.

---

**ON MOTION**

---

Before DYK, REYNA, and CHEN, *Circuit Judges*.

PER CURIAM.

#### O R D E R

Maria Herta submits a motion at ECF No. 3, requesting this case to be closed, which the court construes as a motion to voluntarily dismiss the appeal under Federal Rule of Appellate Procedure 42(b).

2                                                          HERTA v. WIBLEMO

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the appeal is dismissed.

(2)  All other pending motions are denied as moot.

(3)  Each side shall bear its own costs.

FOR THE COURT

March 9, 2023                          /s/ Peter R. Marksteiner
     Date                                 Peter R. Marksteiner
                                   Clerk of Court


ISSUED AS A MANDATE: March 9, 2023